# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In re: | Case No.: 18-43461-MJH |
|---|---|
| NORA JANE CALDWELL, | **PROPOSED** ORDER APPROVING COMPROMISE AND AUTHORIZING DISBURSEMENT |
| Debtor. | |

**THIS MATTER** having come on before the above entitled Court upon the Trustee's Motion to Approve Compromise and Authorize Disbursement, the Court having reviewed the motion and having reviewed the records herein, deeming itself fully advised in the premises, it is now, therefore,

//

//

//

ORDER APPROVING COMPROMISE AND
AUTHORIZING DISBURSEMENT - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

**ORDERED** that the settlement agreement attached hereto as exhibit A, and hereby incorporated by reference, is approved. Trustee is authorized to disburse the Settlement Payment upon receipt to unsecured creditors.

//End of Order//

Presented by:                                                          Approved by:

_____                _____
Matthew J.P. Johnson, WSBA #40476              Manish Borde, WSBA #39503
Attorney for                                                          Attorney for Defendant
Michael G. Malaier, Chapter 13 Trustee

ORDER APPROVING COMPROMISE AND
AUTHORIZING DISBURSEMENT - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA  98402
(253) 572-6600